UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDMUNDO SANCHEZ,<br><br>            Petitioner,<br><br>   v.<br><br>BOARD OF IMMIGRATION APPEALS, et al.,<br><br>            Respondents | Case No. C15-419-MJP-BAT<br><br>**REPORT AND RECOMMENDATON** |

Edmundo Sanchez is proceeding *pro se* in this habeas action pursuant to 28 U.S.C. § 2241. By order dated March 30, 2015, Mr. Sanchez was granted 30 days to either pay the $5.00 filing fee or submit a completed application to proceed *in forma pauperis* ("IFP"). Dkt. 3. Mr. Sanchez was advised that failure to respond to the order by April 30, 2015, could result in dismissal of the case. *Id*. To date, Mr. Sanchez has neither paid the filing fee nor submitted a completed application for IFP status. Accordingly, the Court recommends that this action be **DISMISSED** without prejudice for failure to pay the filing fee pursuant to 28 U.S.C. § 1914. A proposed order accompanies this Report and Recommendation.

This Report and Recommendation is not an appealable order. Therefore a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the assigned District Judge enters a judgment in the case. Objections, however, may be filed and

REPORT AND RECOMMENDATON- 1

served upon all parties no later than **May 22, 2015.**  The Clerk should note the matter for **May 22, 2015**, as ready for the District Judge's consideration if no objection is filed.  If objections are filed, any response is due within 14 days after being served with the objections.  A party filing an objection must note the matter for the Court's consideration 14 days from the date the objection is filed and served.  The matter will then be ready for the Court's consideration on the date the response is due.  Objections and responses shall not exceed five pages.  The failure to timely object may affect the right to appeal.

DATED this 4th day of May, 2015.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATON- 2