UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EDMUNDO SANCHEZ,

                    Petitioner,

        v.

BOARD OF IMMIGRATION APPEALS, et al.,

                    Respondents.

Case No. C15-419-MJP

**ORDER OF DISMISSAL**

The Court, after careful consideration of petitioner's proposed habeas petition, the Report

and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and

the balance of the record, does hereby find and Order:

1.  The Court adopts the Report and Recommendation.

2.  This action is DISMISSED without prejudice for failure to pay the applicable filing fee

    pursuant to 28 U.S.C. § 1914.

3.  The Clerk shall send a copy of this Order to petitioner and to Judge Tsuchida.

    DATED this 5th day of June, 2015.

                                        Marsha J. Pechman
                                        Chief United States District Judge

ORDER OF DISMISSAL- 1